IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-02455-MSK-PAC

CELLCO PARTNERSHIP,
doing business as Verizon Wireless,

       Plaintiffs,

v.

NEXTEL COMMUNICATIONS, INC.

       Defendants.

_____

### ORDER TO CLOSE CASE
_____

THIS MATTER having come before the Court, *sua sponte,* and the record revealing that the matter has been concluded,

IT IS ORDERED that the Clerk shall close the case.

Dated this 5th day of October, 2005.

                                       **BY THE COURT:**

                                       Marcia S. Krieger
                                       United States District Judge